# United States District Court

WESTERN DISTRICT OF WASHINGTON

NORMAN DACK,

        Plaintiff,

v.

J. GATCHELL, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5763JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**This action is DISMISSED WITH PREJUDICE.**

July 18, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk